[No. 5065–1. Division One. August 28, 1978.]

DONALD N. McDONALD, ET AL, *Appellants,* v. QUEEN CITY SAVINGS & LOAN ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 814718, James W. Mifflin, J., entered September 28, 1976. *Affirmed in part* and *reversed in part* by unpublished opinion per Farris, C.J., concurred in by Williams and Dore, JJ.